Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Blazin Wings, Inc., d/b/a Buffalo Wild Wings Grill and Bar*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLAZIN WINGS, INC., d/b/a Buffalo Wild Wings Grill and Bar,<br><br>Defendant. | Case No.: 2:17-cv-01171-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant Blazin Wings, Inc. d/b/a Buffalo Wild Wings Grill and Bar ("Defendant") and Plaintiff Kevin Zimmerman ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

DATED this 19th day of December, 2017.

| THE WILCHER FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ *Whitney C. Wilcher* | /s/ *Brian L. Bradford* |
| Whitney C. Wilcher | Anthony L. Martin |
| Nevada Bar No. 7212 | Nevada Bar No. 8177 |
| 8465 West Sahara Avenue Suite 111-236 | Brian L. Bradford |
| Las Vegas, NV  89117 | Nevada Bar No. 9518 |
| *Attorney for Plaintiff Kevin Zimmerman* | Wells Fargo Tower |
| | Suite 1500 |
| | 3800 Howard Hughes Parkway |
| | Las Vegas, NV  89169 |
| | *Attorneys for Defendant Blazin Wings, Inc., d/b/a Buffalo Wild Wings Grill and Bar* |

**ORDER**

IT IS SO ORDERED.

DATED this 27 day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT